UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RASHEEM S. HARRIS,

                Plaintiff,

**Hon. Hugh B. Scott**

v.

05CV40S

**Order**

LAURENCE J. HIGLEY, et al.,

                Defendants.

Before the Court is plaintiff's (proceeding pro se) motion for monetary sanctions for defendants failure to produce discovery (Docket No. 32) and defendants' motion for a protective Order (Docket No. 35). After Magistrate Judge Foschio recused himself from this case (Docket No. 41), this case was referred to the undersigned (Docket No. 42) for pretrial matters (see Docket No. 19). By correspondence to Chambers (letter of Assistant Attorney General Russo to Chambers, Oct. 23, 2007; letter of plaintiff to Chambers, dated Nov. 1, 2007, received Nov. 8, 2007), the parties indicated that the underlying discovery disputes have been resolved and the parties intend to withdraw their respective motions. As a result, these motions (Docket Nos. 32, 35) are **terminated** as withdrawn by the parties.

    So Ordered.

                                       /s/ Hugh B. Scott
                                       Honorable Hugh B. Scott
                                       United States Magistrate Judge

Dated: Buffalo, New York
       November 13, 2007